Susan St. Vincent
Acting Legal Officer
Matthew McNease
Acting Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>DILLON REILLY GAINES,<br><br>          Defendant. | DOCKET NO: 6:14-mj-001-MJS<br><br>**MOTION TO DISMISS; AND ORDER THEREON** |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal without prejudice in the interest of justice, for Count 3 – Possession of a controlled substance (Alprazolam). GAINES plead Guilty to Count 3 – Possession of a controlled substance, on March 4, 2014, with a 12 month deferred entry of judgment, 12 months of unsupervised probation, and a $800 fine. GAINES has complied with the terms of his probation.

//

//

1

Dated:  March 5, 2015                     NATIONAL PARK SERVICE

 /S/ Matthew McNease
Matthew McNease
Acting Legal Officer

### **ORDER**

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that Count 1 in the above referenced matter, *United States v. Dillon Reilly Gaines*, 6:14-mj-001-MJS, be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   March 6, 2015                     /s/ *Michael J. Seng*
                                            UNITED STATES MAGISTRATE JUDGE